**Order filed July 11, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00463-CV

_____

**JAWED MANJLAI, Appellant**

**V.**

**NABILA HAMID MANJLAI, Appellee**

**On Appeal from the 312th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-44182**

## O R D E R

The clerk's record was filed July 2, 2013. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain Jawed Manjlai's Motion for Judgment Notwithstanding the Verdict, and in the Alternative, Motion for a New Trial filed on or about March 14, 2013. (The record contains the response to the motion filed April 26, 2013.)

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **July 31, 2013**, containing Jawed Manjlai's Motion for Judgment Notwithstanding the Verdict, and in the Alternative, Motion for a New Trial filed on or about March 14, 2013.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM